Briefs of *amici curiae,* in support of the petition, were filed by *Francis M. Shea* and *Richard T. Conway* for the Judges of the United States Court of Claims, and by *Edward C. First, Jr.* and *Gilbert Nurick* for the Pennsylvania State Chamber of Commerce. 

No. 341, Misc. LURK *v.* UNITED STATES. Motion to use the record in No. 669, October Term, 1960, granted. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to appellate docket. *Eugene Gressman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Philip R. Monahan* for the United States. 

No. 41, Misc. GALLEGOS *v.* COLORADO. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Colorado granted. Case transferred to appellate docket. *Charles S. Vigil* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 50, Misc. DOUGLAS ET AL. *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of California granted. Case transferred to appellate docket. *Burton Marks* for petitioners. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack E. Goertzen,* Deputy Attorney General, for respondent.